**No. 47455.**—Protests 768327–G, etc., of Kloeckner Steel Corp. et. al. (Savannah, etc.).

Opinion by DALLINGER, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 47456.**—Protests 802184–G/10547, etc., of Kloeckner Steel Corp. et al. (New Orleans, etc.).

Opinion by DALLINGER, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

AUGUST 17, 1942

**No. 47457.**—SUIT 4363.-▮▮▮▮▮▮▮▮▮—*United States* v. *William Brand & Co.* Abstract 45730 reversed. C. A. D. 211.

BEFORE THE THIRD DIVISION, AUGUST 19, 1942

**No. 47458.**—Protest 33240–K of C. S. Emery & Co. (St. Albans, Vt.).

Opinion by KEEFE, J. A consideration of the papers revealed nothing sufficient to overcome the presumption of correctness attaching to the action of the collector. The protest was therefore overruled.

**No. 47459.**—Protests 63850–K, etc., of Atlas Asbestos Co. et al. (Ogdensburg).

Opinion by KEEFE, J. From an examination of the papers the court was unable to find anything sufficient to overcome the presumption of correctness attaching to the action of the collector. The protests were therefore overruled.

**No. 47460.**—Protests 807462–G, etc., of Abels Wasserberg & Co. et al. (New York).

Opinion by KEEFE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 47461.**– Protests 863157–G, etc., of Abels Wasserberg & Co. et al. (New York).

Opinion by KEEFE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.